UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. v. Jaime CarpioDocket No. 2:16-MJ-1046-1BO

**Petition for Action on Probation**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jaime Carpio, who, upon an earlier plea of guilty to Operating with a BAC of .08 or Greater, in violation of 36 C.F.R. § 4.23(a)(2), and Unlawful Possession of a Controlled Substance/Marijuana Less Than 1 Ounce, in violation of 36 C.F.R. § 2.35(b)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 5, 2016, to 30 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 4, 2017, Carpio was charged with Driving While License Revoked Impaired Revocation (17CR700024) in Dare County, North Carolina. The defendant immediately reported his contact with law enforcement to the undersigned probation officer and accepted responsibility for his misconduct. As a sanction for Carpio's conduct it is respectfully recommended he be ordered to adhere to a curfew with electronic monitoring for a period of 30 days. Additionally, inasmuch as the defendant's initial urine specimen, which was collected immediately following sentencing, tested positive for marijuana and cocaine, it is recommended Carpio's probation be modified to include participation in substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Jaime Carpio
Docket No. 2:16-MJ-1046-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: January 17, 2017

## ORDER OF THE COURT

Considered and ordered this __18__ day of __Jan.__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge